UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOHN JAMES DONOVAN ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL NO. 07-168-P-H |
| ) | |
| BANK OF AMERICA ) | |
| ) | |
| DEFENDANT ) | |

## JUDGMENT

In accordance with the Decision and Order on Cross Motions for Summary Judgment, issued on August 29, 2008, by District Judge D. Brock Hornby;

JUDGMENT is hereby entered for the defendant, Bank of America, and against the plaintiff, John James Donovan on all of Donovan's claims and on the counterclaim against Donovan in the amount of $10,246.07.

          Linda L. Jacobson
          Clerk of Court

          /s/ Melody Whitten
          By: Melody Whitten
          Deputy Clerk

Dated this 29th day of August 2008.