SCANNED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2008 SEP 29 ⊃ 2: 29

DEPUTY CLERK

| | | |
|---|---|---|
| **JOHN JAMES DONOVAN** <br> **of West Paris, County of Oxford** <br> **and State of Maine,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiff** | ) <br> ) | |
| **v.** | ) <br> ) <br> ) | **CIVIL ACTION NO. 2:07-CV-168** |
| **BANK OF AMERICA, N.A.** <br> **a banking association with a place** <br> **of business in Portland, County of** <br> **Cumberland and State of Maine,** | ) <br> ) <br> ) <br> ) <br> ) | |
| **Defendant** | ) | |

## NOTICE OF APPEAL

NOW COMES the Plaintiff in the above-captioned action, John James Donovan,

appearing pro se, and pursuant to FEDERAL RULE OF APPELLATE PROCEDURE

3, appeals from the entry of Judgment as to the Complaint (and the Counterclaim) in

this case dated August 29, 2008 and from all other appealable matters in this case,

including all issues addressed in the Decision and Order on Cross Motions for Summary

Judgment dated August 29, 2008.

Dated at Portland, Maine, this 27th day of September, 2008.

_____
John J. Donovan

*pro Se*

Scanned by: _____
Folder Location: _____
File Name: 07cv168
Names of Attachments, if
any: _____