SCANNED

MANDA

U.S. DISTRICT COURT
PORTLAND, MAINE

# United States Court of Appeals

## For the First Circuit

MAY -4  P 3: 41

No. 08-2280

JOHN JAMES DONOVAN

Plaintiff - Appellant

v.

BANK OF AMERICA NA

Defendant - Appellee

---

**JUDGMENT**

Entered:  April 6, 2009

As no motion has been filed identifying a personal representative and requesting substitution pursuant to Fed. R. App. P. 43(a)(1), the appeal is dismissed as moot.

...  and Issued as Mandate
... Fed. R. App. P. 41.

...hard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/30/09

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Rufus Brown
John Campbell

Scanned by:
Folder Location:
File Name:
Names of Attachments, if
any: